IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILIP ANDREW MOUNTS,** | Case No. 1:09-CV-00214 |
| Plaintiff, | **ORDER** |
| v. | |
| **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; JUDY HARRIS; and DOES 1-50,** | |
| Defendant. | |

Defendant's motion to dismiss came before this Court on April 20, 2009, at approximately 10:00 a.m. in the above-captioned court. Attorney Monrae L. English was present on behalf of plaintiff PHILIP ANDREW MOUNTS. Mary Horst, Deputy Attorney General, appeared on behalf of the State of California and the California Department of Corrections.

After reviewing the moving documents submitted to this Court, and after oral argument presented by counsel at the hearing,

///

///

///

///

IT IS HEREBY ORDERED THAT:

1. Plaintiff's § 1983 claim is dismissed with prejudice;
2. Plaintiff's article I, §§ 7 and 8 claims are dismissed with prejudice;
3. Defendant's motion to dismiss Plaintiff's article I, § 31 is denied; and
4. Plaintiff may file an amended complaint within (30) days.

Dated: 5/4/2009         /s/ OLIVER W. WANGER
                        OLIVER W. WANGER
                        UNITED STATES DISTRICT JUDGE