1   EDMUND G. BROWN JR., State Bar No. 37100
    Attorney General of California
2   SCOTT H. WYCKOFF, State Bar No. 191367
    Supervising Deputy Attorney General
3   MARY HORST, State Bar No. 163069
    Deputy Attorney General
4     2550 Mariposa Mall, Room 5090
      Fresno, CA  93721
5     Telephone:  (559) 477-1672
      Fax:  (559) 445-5106
6     E-mail:  Mary.Horst@doj.ca.gov
    *Attorneys for Defendant State of California by and*
7   *through the California Department of Corrections*

8

9                   IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13  **PHILIP ANDREW MOUNTS,** | 1:09-CV-00214 OWW SMS |
| 14                              Plaintiff, | STIPULATION AND ORDER TO REMAND MATTER |
| 15 | |
| 16      **v.** | |
| 17  **STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF CORRECTIONS; JUDY HARRIS; and DOES 1-50,** | |
| 18 | Action Filed:  5/28/2008 |
| 19                              Defendant. | |

20

21       It is hereby stipulated by defendant by and through its counsel, Mary Horst, Deputy

22   Attorney General, and plaintiff, Phillip Mounts, by and though his attorneys of record, Monrae

23   English and Amy Tipton of Wild, Carter & Tipton, 246 West Shaw Avenue, Fresno, CA 93704

24   that:

25       1.    Plaintiff affirms that he makes no federal constitutional, statutory or other claims.

26       2.    Plaintiff affirms that he raises state law claims only and will not move to further

27   amend the complaint to include any federal claims should this matter be remanded to state court.

28       3.    Defendant, under these facts, consents to this matter being remanded to state court.

1

1      4.     Upon the court agreeing that this matter shall be remanded to state court, and the

2    clerk mailing a certified copy of the order of remand to the clerk of the Superior Court, the

3    answer filed by Defendant in this matter, will be considered to be the answer filed in the

4    remanded matter.

5      5.     The parties agree that any discovery or disclosures under F.R.C.P. Rule 26 that may

6    be due from either party prior to the court accepting or declining this stipulation are stayed until a

7    decision is issued on this stipulation.

8      6.     The parties request that the mandatory status conference currently set for July 10,

9    2009, before the Honorable Oliver Wanger be vacated and a decision issued on this stipulation.

10      7.  The parties respectfully further request that the Court enter this stipulation as an order.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

IT IS SO STIPULATED AND AGREED:

Dated:                                         Respectfully Submitted,


                                               WILD, CARTER & TIPTON
                                               MONRAE ENGLISH
                                               AMY TIPTON


                                               By: _/s/ Monrae English on June 18, 2009_
                                               MONRAE ENGLISH
                                               *Attorneys for Plaintiff*

                                               EDMUND G. BROWN JR.
                                               Attorney General of California
                                               SCOTT H. WYCKOFF
                                               Supervising Deputy Attorney General


                                               BY:__/s/ Mary Horst on June 23, 2009__
                                               MARY HORST
                                               Deputy Attorney General
                                               *Attorneys for Defendant State of California*
                                               *by and through the California Department*
                                               *of Corrections*


**IT IS SO ORDERED.**

**DATED: 6/24/2009**                            _/s/ OLIVER W. WANGER_____
                                               UNITED STATES DISTRICT JUDGE


SA2009307545
95030699.doc

3